# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LISA A. SHELLY,<br><br>　　　Plaintiff,<br>v.<br><br>CREDIT REPAIR RESOURCES, LLC,<br><br>　　　Defendant. | CASE NO. 1:24-cv-00960-DAR<br><br>JUDGE DAVID A. RUIZ<br><br>**REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26 (f) AND L.R. 16.3(b)** |

## RULE 26(f) REPORT OF THE PARTIES

1. **26(f) Meeting.** Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.3, a meeting was held on July 29, 2024, and attended by:

   Alexander J. Taylor, Counsel for Plaintiff, Lisa A. Shelly.

2. **Initial Disclosures.**

   The parties will exchange pre-discovery disclosures required by Federal Rule of Civil Procedure 26(a)(1) by **August 6, 2024**.

3. **Track**.

   The parties recommend the Standard track.

4. **Alternative Dispute Resolution.** This case is suitable for the following Alternative Dispute Resolution ("ADR") mechanisms:
   a. Mediation

5. The Parties do no consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636(c).

6. **Recommended Discovery Plan**
   a. Describe the subjects on which discovery is to be sought and the nature and extent of discovery.
      i. Plaintiff brings this action seeking redress for Defendant's violations of the Credit Repair Organizations Act ("CROA"), pursuant to 15 U.S.C. §1679, the Pennsylvania Credit Services Act ("PCSA") under 73 P.S. § 2181, and the Pennsylvania Unfair Trade Practices and Consumer Protection Law ("PUTPCPL"), pursuant to 73 P.S. § 201-1. Plaintiff's

subjects for discovery are as follows:
1. All communication between the Plaintiff and Defendant, including, but not limited to, call logs, call recordings, emails, written correspondence.
2. All payment records maintained by the Defendant regarding the Plaintiff, including, but not limited to, funds paid to the Defendant, funds paid by the Defendant, Plaintiff's enrolled debts, settlements with enrolled creditors, fees paid to the Defendant.
3. All communications that the Defendant had with Plaintiff's creditors regarding the Plaintiff's enrolled debts and settlement discussions regarding the same.
4. All documents that show tracking of Plaintiff's credit score.
5. Any other documents, recordings, or applicable non-privilege items regarding Plaintiff's contract, communication, settlements, ledgers, etc. maintained by the Defendant that would be relevant to the subject matter and alleged allegations in the Complaint.

   ii. Defendant:
  b. Discovery cut-off date: **January 29, 2025**

7. Recommended dispositive motion date: **February 28, 2025**

8. Recommended cut-off date for amending the pleadings and/or adding additional parties:

   **August 29, 2024**

9. Recommended date for a Status Hearing: **February 28, 2025**

10. Other matters for the attention of the Court: **None**

11. If applicable, preliminary estimate and/or budget of the amount of anticipated attorney's fees and expenses pursuant to statutory or case-law authority. Such estimate shall include but not be limited to the following:

    a. **Plaintiff:** No estimates to report at this time.

Dated: July 29, 2024                                Respectfully Submitted,

*/s/ Alexander J. Taylor*                           */s/ Eric T. Weiss*
Alexander J. Taylor, Esq. (#6327679)                Eric J. Weiss, Esq. (0073066)
SULAIMAN LAW GROUP, LTD                             REMINGER CO., L.P.A.
2500 South Highland Avenue                          200 Public Square
Suite 200                                           Suite 1200
Lombard, Illinois 60158                             Cleveland, Ohio 44114
Telephone: 630-575-8181                             Telephone: 216-687-1311
ataylor@sulaimanlaw.com                             eweiss@reminger.com
*Counsel for Plaintiff*                             *Counsel for Defendant*